| | | |
|---|---|---|
| JAMES E. STEVENS | The Honorable: | Manuel Barbosa |
| 6833 Stalter Drive | Chapter 7 | |
| Rockford, IL 61108 | Location: | 211 South Court Street, Room 115, Rockford, IL |
| (815) 962-6611 | Hearing Date: | 11/25/2009 |
| Chapter 7 Trustee | Hearing Time: | 09:30 |
| | Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: HILDEBRAND, BRIAN N. § Case No. 09-70237
HILDEBRAND, DEANNA T. §
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 11/25/2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Certificate of Service   Page 2 of 8

Date Mailed: 10/07/2009          By:  /s/JAMES E. STEVENS
                                          Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108

**UST Form 101-7-NFR (9/1/2009)**

| | | |
|---|---|---|
| JAMES E. STEVENS | The Honorable: | Manuel Barbosa |
| 6833 Stalter Drive | Chapter 7 | |
| Rockford, IL 61108 | Location: | 211 South Court Street, Room 115, Rockford, IL |
| (815) 962-6611 | Hearing Date: | 11/25/2009 |
| Chapter 7 Trustee | Hearing Time: | 09:30 |
| | Response Date: | / / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: HILDEBRAND, BRIAN N.        §    Case No. 09-70237
       HILDEBRAND, DEANNA T.        §
       §
Debtor(s)        §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 46,000.37 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 46,000.37 |

Claims of secured creditors will be paid as follows:

*Claimant*                                        *Proposed Payment*

                      N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

*Reason/Applicant*             *Fees*             *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Trustee* | JAMES E. STEVENS | $ 4,951.40 | $ |
| *Attorney for trustee* | Barrick, Switzer Law Firm | $ 2,425.00 | $ 208.00 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | | $ | $ |
| *Attorney for* | | $ | $ |
| *Accountant for* | | $ | $ |
| *Appraiser for* | | $ | $ |
| *Other* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $ 34,308.36 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.4 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | $ 3,639.48 | $ 3,639.48 |
| 11 | PYOD LLC its successors and assigns as assignee of | $ 12.86 | $ 12.86 |
| 2 | CHASE BANK USA | $ 8,560.00 | $ 8,560.00 |
| 21 | CHASE BANK USA | $ 30.25 | $ 30.25 |
| 3 | CHASE BANK USA | $ 10,591.66 | $ 10,591.66 |
| 31 | CHASE BANK USA | $ 37.43 | $ 37.43 |
| 4 | Chase Bank USA NA | $ 6,388.57 | $ 6,388.57 |
| 41 | Chase Bank USA NA | $ 22.58 | $ 22.58 |
| 5 | Chase Bank USA,N.A | $ 1,934.16 | $ 1,934.16 |
| 51 | Chase Bank USA,N.A | $ 6.84 | $ 6.84 |
| 6 | PRA Receivables Management, LLC | $ 3,194.49 | $ 3,194.49 |
| 61 | PRA Receivables Management, LLC | $ 11.29 | $ 11.29 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|

**UST Form 101-7-NFR (9/1/2009)**

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                           Allowed Amt. of Claim   Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $3,986.36.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL 61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1                   Date Rcvd: Oct 23, 2009
Case: 09-70237                Form ID: pdf006            Total Noticed: 21

The following entities were noticed by first class mail on Oct 25, 2009.
db/jdb       +Brian N. Hildebrand,   Deanna T. Hildebrand,   11781 N. Bellview Road,
               Orangeville, IL 61060-9796
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
               Rockford, IL 61108-2579
13466766     +Attorney Michael D. Fine,    131 South Dearborn Street,   5th Floor,   Chicago, IL 60603-5571
13466767      Bank One,   PO Box 50882,   Henderson, NV 89016-0882
13466768      Bank One,   Card Member Services,   PO Box 15153,   Wilmington, DE 19886-5153
13952936     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
13466769      Chase,   Cardmember Service,   PO Box 15153,   Wilmington, DE 19886-5153
13960708      Chase Bank USA NA,    PO BOX 15145,   Wilmington, DE 19850-5145
14081018     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas, TX 75374-0933
13466770      Chase Home Finance,    PO Box 9001871,   Louisville, KY 40290-1871
13466771     +Community Bank of Orangeville,    401 South Church St.,   Orangeville, IL 61060-9653
13466775      HSBC Card Services,   PO Box 17051,    Baltimore, MD 21297-1051
13466773     +Hildebrand Electric LLC,    11781 N. Bellview Rd.,   Orangeville, IL 61060-9796
13466774     +Home Depot Credit Services,    PO Box 689100,   Des Moines, IA 50368-9100
13466776      Juniper Bank,   PO Box 13337,    Philadelphia, PA 19101-3337
13466779      Menards,   Retail Services,    PO Box 17602,   Baltimore, MD 21297-1602
14274791     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,   c/o Orchard Bank,
               POB 41067,    NORFOLK VA 23541-1067
13925223     +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
13466780      The Monroe Clinic,    2009 5th Street,   Monroe, WI 53566-1575

The following entities were noticed by electronic transmission on Oct 23, 2009.
13466777      E-mail/PDF: cr-bankruptcy@kohls.com Oct 24 2009 04:18:09     Kohl’s,   PO Box 2983,
               Milwaukee, WI 53201-2983
13466778      E-mail/PDF: cr-bankruptcy@kohls.com Oct 24 2009 04:18:09     Kohl’s,
               Recovery/Correspondence Dept.,   PO Box 3084,   Milwaukee, WI 53201-3084
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13466772      Farm tenants
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,   6833 Stalter Drive,
               Rockford, Il 61108-2579
                                                                                              TOTALS: 1, * 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 25, 2009**                             **Signature:** _Joseph Speetjens_