**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re:  HILDEBRAND, BRIAN N.           § Case No. 09-70237
        HILDEBRAND, DEANNA T.          §
                                       §
Debtor(s)                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JAMES E. STEVENS, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $157,000.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $34,439.01 | Claims Discharged Without Payment: $95,800.00 |
| Total Expenses of Administration: $7,584.40 | |

    3) Total gross receipts of $ 46,011.14 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 3,987.73 (see **Exhibit 2**), yielded net receipts of $42,023.41
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $121,100.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,584.40 | 7,584.40 | 7,584.40 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 95,800.00 | 34,439.01 | 34,439.01 | 34,439.01 |
| **TOTAL DISBURSEMENTS** | **$216,900.00** | **$42,023.41** | **$42,023.41** | **$42,023.41** |

4) This case was originally filed under Chapter 7 on January 29, 2009.
. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/05/2010          By: /s/JAMES E. STEVENS
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 55 acres | 1210-000 | 46,000.00 |
| refunds | 1290-000 | 6.97 |
| Interest Income | 1270-000 | 4.17 |
| **TOTAL GROSS RECEIPTS** | | **$46,011.14** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| HILDEBRAND, BRIAN N. | Dividend paid 100.00% on $3,987.73; Claim# SURPLUS; Filed: $3,987.73; Reference: 8200-000 | | 3,987.73 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,987.73** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Home Finance | 4110-000 | 102,100.00 | N/A | N/A | 0.00 |
| Community Bank of Orangeville | 4110-000 | 19,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $121,100.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 4,951.40 | 4,951.40 | 4,951.40 |
| Barrick, Switzer Law Firm | 3110-000 | N/A | 2,425.00 | 2,425.00 | 2,425.00 |
| Barrick, Switzer Law Firm | 3120-000 | N/A | 208.00 | 208.00 | 208.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 7,584.40 | 7,584.40 | 7,584.40 |

### EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 3,639.48 | 3,639.48 | 3,639.48 |
| PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 13.12 | 13.12 | 13.12 |
| CHASE BANK USA | 7100-000 | N/A | 8,560.00 | 8,560.00 | 8,560.00 |
| CHASE BANK USA | 7990-000 | N/A | 30.86 | 30.86 | 30.86 |
| CHASE BANK USA | 7100-000 | N/A | 10,591.66 | 10,591.66 | 10,591.66 |
| CHASE BANK USA | 7990-000 | N/A | 38.18 | 38.18 | 38.18 |
| Chase Bank USA NA | 7100-000 | N/A | 6,388.57 | 6,388.57 | 6,388.57 |
| Chase Bank USA NA | 7990-000 | N/A | 23.03 | 23.03 | 23.03 |
| Chase Bank USA,N.A | 7100-000 | N/A | 1,934.16 | 1,934.16 | 1,934.16 |
| Chase Bank USA,N.A | 7990-000 | N/A | 6.97 | 6.97 | 6.97 |
| PRA Receivables Management, LLC | 7100-000 | N/A | 3,194.49 | 3,194.49 | 3,194.49 |
| PRA Receivables Management, LLC | 7990-000 | N/A | 11.52 | 11.52 | 11.52 |
| Community Bank of Orangeville | 7100-000 | 6,600.00 | N/A | N/A | 0.00 |
| Community Bank of Orangeville | 7100-000 | 66,000.00 | N/A | N/A | 0.00 |
| Home Depot Credit Services | 7100-000 | 3,600.00 | N/A | N/A | 0.00 |
| Community Bank of Orangeville | 7100-000 | 8,400.00 | N/A | N/A | 0.00 |
| The Monroe Clinic | 7100-000 | 1,900.00 | N/A | N/A | 0.00 |
| Bank One | 7100-000 | 9,300.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Juniper Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
| Clerk of the Bankruptcy Couort | 7990-000 | N/A | 6.97 | 6.97 | 6.97 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 95,800.00 | 34,439.01 | 34,439.01 | 34,439.01 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70237  
**Case Name:** HILDEBRAND, BRIAN N.  
               HILDEBRAND, DEANNA T.  
**Period Ending:** 05/05/10

**Trustee:** (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 01/29/09 (f)  
**§341(a) Meeting Date:** 02/26/09  
**Claims Bar Date:** 08/04/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Single family residence and acreage located 1178 | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 2   Cash from employment | 200.00 | 0.00 | DA | 0.00 | FA |
| 3   Checking account at Orangeville Community Bank, | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4   Savings account at Community Bank of Orangeville | 0.00 | 0.00 | DA | 0.00 | FA |
| 5   Furniture, furnishings, appliances, and misc. ot | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 6   Books, pictures, videos, misc. cds and other mis | 500.00 | 0.00 | DA | 0.00 | FA |
| 7   Debtor's clothing | 1,700.00 | 0.00 | DA | 0.00 | FA |
| 8   Rings, watches, misc. items | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9   Several firearms, hunting equipment, misc. sport | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 10  401k plan | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 11  Husband is the sole owner of Hildebrand Electric | Unknown | 0.00 | DA | 0.00 | FA |
| 12  Wife is the sole owner of an "S Corp", Reliable | Unknown | 0.00 | DA | 0.00 | FA |
| 13  Mrs. Hildebrand is expecting unemployment | Unknown | 0.00 | DA | 0.00 | FA |
| 14  1998 Chrysler Concord | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 15  2001 Honda 4 Wheeler | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 16  Computer, desk, file cabinets, misc. office supp | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 17  Misc. houshold tools and implements | 500.00 | 0.00 | DA | 0.00 | FA |
| 18  Misc. lawn care equipment (mower, etc) | 500.00 | 0.00 | DA | 0.00 | FA |
| 19  55 acres  (u) | Unknown | 46,000.00 | DA | 46,000.00 | FA |
| 20  refunds  (u)  (See Footnote) | 0.00 | 0.00 |  | 0.00 | 6.97 |
| Int  INTEREST  (u) | Unknown | N/A |  | 4.17 | FA |
| 21  Assets  Totals (Excluding unknown values) | **$157,000.00** | **$46,000.00** |  | **$46,004.17** | **$6.97** |

RE PROP# 20    Kohl's returned interest paid to them on proof of claim

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-70237  
**Case Name:** HILDEBRAND, BRIAN N.  
HILDEBRAND, DEANNA T.  
**Period Ending:** 05/05/10

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 01/29/09 (f)  
**§341(a) Meeting Date:** 02/26/09  
**Claims Bar Date:** 08/04/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   August 31, 2009          **Current Projected Date Of Final Report (TFR):**   October 7, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-70237  
**Case Name:** HILDEBRAND, BRIAN N.  
HILDEBRAND, DEANNA T.  
**Taxpayer ID #:** **-***9283  
**Period Ending:** 05/05/10  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****44-65 - Money Market Account  
**Blanket Bond:** $118,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/23/09 | {19} | Community Bank of Orangeville | payment for all claims plus interest | 1210-000 | 46,000.00 | | 46,000.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.37 | | 46,000.37 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.87 | | 46,002.24 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.93 | | 46,004.17 |
| 12/01/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.00 | | 46,004.17 |
| 12/01/09 | | To Account #********4466 | tranfer to close money market account | 9999-000 | | 46,004.17 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 46,004.17 | 46,004.17 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 46,004.17 | |
| | | | **Subtotal** | | 46,004.17 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$46,004.17** | **$0.00** | |

{} Asset reference(s)

Printed: 05/05/2010 08:37 AM    V.12.08

Case 09-70237    Doc 44    Filed 05/05/10    Entered 05/05/10 08:45:32    Desc Main
Document      Page 10 of 12

Exhibit 9

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-70237
**Case Name:** HILDEBRAND, BRIAN N.
HILDEBRAND, DEANNA T.
**Taxpayer ID #:** **-***9283
**Period Ending:** 05/05/10

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****44-66 - Checking Account
**Blanket Bond:** $118,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/01/09 | | From Account #********4465 | tranfer to close money market account | 9999-000 | 46,004.17 | | 46,004.17 |
| 12/02/09 | 101 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $2,425.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,425.00 | 43,579.17 |
| 12/02/09 | 102 | Barrick, Switzer Law Firm | Dividend paid 100.00% on $208.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 208.00 | 43,371.17 |
| 12/02/09 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $4,951.40, Trustee Compensation;  Reference: | 2100-000 | | 4,951.40 | 38,419.77 |
| 12/02/09 | 104 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $3,639.48; Claim# 1; Filed: $3,639.48; Reference: | 7100-000 | | 3,639.48 | 34,780.29 |
| 12/02/09 | 105 | CHASE BANK USA | Dividend paid 100.00% on $8,560.00; Claim# 2; Filed: $8,560.00; Reference: | 7100-000 | | 8,560.00 | 26,220.29 |
| 12/02/09 | 106 | CHASE BANK USA | Dividend paid 100.00% on $10,591.66; Claim# 3; Filed: $10,591.66; Reference: | 7100-000 | | 10,591.66 | 15,628.63 |
| 12/02/09 | 107 | Chase Bank USA NA | Dividend paid 100.00% on $6,388.57; Claim# 4; Filed: $6,388.57; Reference: | 7100-000 | | 6,388.57 | 9,240.06 |
| 12/02/09 | 108 | Chase Bank USA,N.A | Dividend paid 100.00% on $1,934.16; Claim# 5; Filed: $1,934.16; Reference: | 7100-000 | | 1,934.16 | 7,305.90 |
| 12/02/09 | 109 | PRA Receivables Management, LLC | Dividend paid 100.00% on $3,194.49; Claim# 6; Filed: $3,194.49; Reference: | 7100-000 | | 3,194.49 | 4,111.41 |
| 12/02/09 | 110 | PYOD LLC its successors and assigns as assignee of | Dividend paid 100.00% on $13.12; Claim# 1I; Filed: $13.12; Reference: | 7990-000 | | 13.12 | 4,098.29 |
| 12/02/09 | 111 | CHASE BANK USA | Dividend paid 100.00% on $30.86; Claim# 2I; Filed: $30.86; Reference: | 7990-000 | | 30.86 | 4,067.43 |
| 12/02/09 | 112 | CHASE BANK USA | Dividend paid 100.00% on $38.18; Claim# 3I; Filed: $38.18; Reference: | 7990-000 | | 38.18 | 4,029.25 |
| 12/02/09 | 113 | Chase Bank USA NA | Dividend paid 100.00% on $23.03; Claim# 4I; Filed: $23.03; Reference: | 7990-000 | | 23.03 | 4,006.22 |
| 12/02/09 | 114 | Chase Bank USA,N.A | Dividend paid 100.00% on $6.97; Claim# 5I; Filed: $6.97; Reference: | 7990-000 | | 6.97 | 3,999.25 |
| 12/02/09 | 115 | PRA Receivables Management, LLC | Dividend paid 100.00% on $11.52; Claim# 6I; Filed: $11.52; Reference: | 7990-000 | | 11.52 | 3,987.73 |
| 12/02/09 | 116 | HILDEBRAND, BRIAN N. | Dividend paid 100.00% on $3,987.73; Claim# SURPLUS; Filed: $3,987.73; Reference: | 8200-000 | | 3,987.73 | 0.00 |
| 01/21/10 | {20} | Kohl's | returned interest payment | 1290-000 | 6.97 | | 6.97 |
| 02/21/10 | 117 {20} | Clerk of the Bankruptcy Couort | interest paid on claim returned by claimant no.51 | 7990-000 | | 6.97 | 0.00 |

Subtotals :        $46,011.14        $46,011.14

{} Asset reference(s)

Printed: 05/05/2010 08:37 AM    V.12.08

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-70237 | **Trustee:** JAMES E. STEVENS (330420) |
| **Case Name:** HILDEBRAND, BRIAN N. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| HILDEBRAND, DEANNA T. | **Account:** ***-*****44-66 - Checking Account |
| **Taxpayer ID #:** **-***9283 | **Blanket Bond:** $118,000.00   (per case limit) |
| **Period Ending:** 05/05/10 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 46,011.14 | 46,011.14 | $0.00 |
| | | | Less: Bank Transfers | | 46,004.17 | 0.00 | |
| | | | **Subtotal** | | **6.97** | **46,011.14** | |
| | | | Less: Payments to Debtors | | | 3,987.73 | |
| | | | **NET Receipts / Disbursements** | | **$6.97** | **$42,023.41** | |

{} Asset reference(s)

Printed: 05/05/2010 08:37 AM    V.12.08

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-70237  
**Case Name:** HILDEBRAND, BRIAN N.  
HILDEBRAND, DEANNA T.  
**Taxpayer ID #:** **-***9283  
**Period Ending:** 05/05/10

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******44-66 - Checking Account  
**Blanket Bond:** $118,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****44-65** | 46,004.17 | 0.00 | 0.00 |
| **Checking # ***-*****44-66** | 6.97 | 42,023.41 | 0.00 |
| **Checking # 9200-******44-66** | 0.00 | 0.00 | 0.00 |
| | **$46,011.14** | **$42,023.41** | **$0.00** |

{} Asset reference(s)        Printed: 05/05/2010 08:37 AM    V.12.08